

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-457-CR

EDUARDO ANTONIO CAMPIRANO                                      APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

## FROM COUNTY CRIMINAL COURT NO. 9 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the appellant's "Motion To Dismiss Appeal."  The motion complies with rule 42.2(a) of the rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DO NOT PUBLISH

----------

[1] *See* Tex. R. App. P. 47.4.

Tex. R. App. P. 47.2(b)

DELIVERED: December 18, 2008